**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

> **RE:** **Octavio MACIEL**
> **Docket Number: 1:13CR00140-01**
> **PERMISSION FOR DISCLOSURE**
> **OF INFORMATION PURSUANT TO**
> **LOCAL RULE 460(b) AND/OR 461(b)**

Your Honor:

The Assistant Federal Defender presently assigned to represent Mr. Maciel on the pending supervised release revocation proceedings is seeking the disclosure of confidential records maintained by the probation office.

**Specific Records Requested:** The appointed Assistant Federal Defender is seeking the disclosure of the Northern District of Georgia's presentence report originally prepared in this case.

**Purpose/Need for Release of Information:** The appointed Assistant Federal Defender is requesting the information in an effort to assist in his representation of Mr. Maciel in regard to the pending revocation proceedings filed against him.

**Conviction and Sentencing Date:** On January 13, 2009, Mr. Maciel was sentenced by the Honorable Clarence Cooper (ND/GA) as a result of his plea of guilty to 21 USC 856(a) and 18 USC 2 - Maintaining a Residence for Drug Trafficking in Docket Number 1:08CR00373 (ND/GA).

On April 18, 2013, jurisdiction of Mr. Maciel's case was transferred from the Northern District of Georgia to the Eastern District of California.

**Sentence Imposed:** 46 months custody of the Bureau of Prisons; 36 month term of supervised release. **Special conditions of supervision include: Not commit another federal, state, or local crime; Not possess a firearm; Drug/alcohol treatment and testing; Not illegally possess a controlled substance; Submit to Search; and Submit to DNA collection.**

**Response to Supervision:** On March 26, 2013, during a routine home inspection of the offender's home, Mr. Maciel was found to be in possession of a sawed-off .410 shotgun and a partial box of .410 shotgun shells. Criminal charges have been filed against Mr. Maciel under U. S.

Rev. 11/2012
PERMISSION FOR DISCLOSURE.WPD

**RE:** **Octavio MACIEL**
**Docket Number:  1:13CR00140-01**
**PERMISSION FOR DISCLOSURE**
**OF INFORMATION PURSUANT TO**
**LOCAL RULE 460(b) AND/OR 461(b)**

District Court Docket No. 1:13CR00181, alleging a violation of 18 USC 922(g)(1) - Felon in Possession of a Firearm, and 26 USC 5861(d) - Possession of a Firearm not Registered in the National Firearms Registry.

**Recommendation:**  It is the undersigned's opinion, dissemination of the presentence report should be made to the Assistant U.S. Attorney and defense counsel(s) assigned to both U.S. District Court Docket No. 1:13CR00140-01 and 1:13CR00181-01, as the document appears relevant to both matters and may be of some assistance to both counsel in the resolution of each respective case.

Respectfully Submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**

**DATED:**         May 31, 2013
                   Modesto, California
                   PRH/lr

**REVIEWED BY:**      /s/ Jack C. Roberson
                   **Jack C. Roberson**
                   **Supervising United States Probation Officer**

**ORDER OF THE COURT:**

Approved           X

IT IS SO ORDERED.

**Dated:    May 31, 2013              /s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

Rev. 11/2012
PERMISSION FOR DISCLOSURE.WPD